JL

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| T.D., | No.   CV-23-01199-PHX-JAT (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

**I.     Procedural History**

On April 28, 2023, Plaintiff T.D., who is represented by counsel, filed a Complaint (Doc. 1-6) in the Superior Court of Maricopa County, Arizona, against the State of Arizona and Douglas Omega Williams, Jr.  Defendant Williams was served on June 2, 2023.  On June 12, 2023, Defendant State of Arizona filed in the state court a Stipulation for Extension of Time for Defendant State of Arizona to Answer/Respond to Plaintiff's Complaint (Doc. 1-11), stating that the parties agreed to extend the time for the State to respond to the Complaint until July 14, 2023.

On June 29, 2023, Defendant Williams filed a Notice of Removal and removed the case to this Court.  On June 30, 2023, Defendant Williams filed an Answer to the Complaint.

**II.    Removal**

A state court defendant may remove to federal court any civil action brought in the state court over which the federal district courts would have original jurisdiction. 28 U.S.C.

TERMPSREF

§ 1441(a). In his Complaint, Plaintiff alleges, among other things, that Defendant Williams violated Plaintiff's Eighth Amendment rights. This Court's jurisdiction extends to such claims. *See* 28 U.S.C. § 1331 (a federal court has original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States"). The Notice of Removal was filed within 30 days of Defendants Williams being served, and Williams indicates that the State of Arizona consents to the removal. It therefore appears this case was timely and properly removed.

**III.     Stipulation for Extension of Time**

Defendant Williams removed this case before the state court ruled on the parties' Stipulation. The Court will grant the Stipulation.

**IT IS ORDERED:**

(1)     The Stipulation for Extension of Time for Defendant State of Arizona to Answer/Respond to Plaintiff's Complaint (Doc. 1-11) is **granted** to the extent the answer received on July 5, 2023, is deemed to be timely.

(2)     This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

(3)     This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 12th day of July, 2023.

James A. Teilborg
Senior United States District Judge